UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Sunray Mirabel,

                                Plaintiff,

        -against-

City of New York, et. al.,

                               Defendants.

-----------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

19-cv-716 (NGG)(SJB)

I, Tyrin Torres, being duly sworn deposes and says:

1. I am not a party to this action, I am over 18 years of age, and I reside in the State of New York.

2. On **October 2, 2019**, at approximately **10:13 a.m.**, I served the summons and complaint in this matter on **P.O. Kevin Ilerena** by delivering a copy of same to **P.O. Collins**, a person of suitable age and discretion at defendant's actual place of business within the state, **at the 90th Precinct, 211 Union Avenue, Brooklyn, New York, 11221**.

Dated: New York, New York
October 3  2019

_____
Tyrin Torres

Sworn to me on 3rd day
of October 3  2019

_____
NOTARY PUBLIC

