

| | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | | **NAKUL Y. SHAH**<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-2375<br>Fax: (212) 356-3509<br>nakshah@law.nyc.gov |

November 25, 2019

**BY ECF**
Honorable Sanket J. Bulsara
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>Rafael Nieves v. City of New York, et al.</u>
      19 CV 0716 (NGG) (SJB)

Your Honor:

    I am an Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, and the attorney for defendants the City of New York, P.O. Kevin Llerena, Sgt. Rocco Toscano, P.O. Patrick McGrath, P.O. Volkan Maden, P.O. Jessica Schrell, and Nick Radulescu ("defendants") in the above referenced matter.

    I write to respectfully inform the Court that the parties have conferred and reached a settlement agreement in order to resolve this matter without further litigation. Accordingly, the undersigned is presently preparing a Stipulation of Dismissal regarding this matter, which will be promptly filed with the Court upon execution by both parties.

    Defendants thank the Court for its time and consideration in this matter.

              Respectfully submitted,

                /s/

                Nakul Y. Shah
                Assistant Corporation Counsel
                Special Federal Litigation Division

cc:  Robert Marinelli, Esq., *Attorney for Plaintiff* (by ECF)