UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------- x

RAFAEL NIEVES,

                                       Plaintiff,

-against-

THE CITY OF NEW YORK; ET AL.,

                                 Defendants.

-------------------------------------------------------------------------- x

**STIPULATION AND
ORDER OF DISMISSAL**

19 CV 0716 (NGG) (SJB)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

    1.    The above-referenced action is hereby dismissed with prejudice.

       **[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Dated: Brooklyn, New York
_____, 2019


ROBERT MARINELLI
*Attorney for Plaintiff*
305 Broadway, 9th Floor
New York, NY 10007
(212) 822-1427


By: _____
    Robert Marinelli
    Attorney for Plaintiff

JAMES E. JOHNSON
Corporation Counsel of the
    City of New York
*Attorney for Defendants*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
    Nakul Y. Shah
    Assistant Corporation Counsel
    Special Federal Litigation Division

SO ORDERED:


_____
HON. NICHOLAS G. GARAUFIS
UNITED STATES DISTRICT JUDGE

Dated: _____, 2019

2